THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. SANTORO, Appellant. [874 NYS2d 857]—Appeal from an

order of the Orleans County Court (James P. Punch, J.), entered December 6, 2007. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.